IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DALE HARMS, et al.,                    No. 10-01598 CW

    Plaintiffs,                 ORDER REGARDING
                                     REQUEST TO E-FILE
  v.

RECONTRUST COMPANY, N.A., et al.,

    Defendants.
                                      /

    Plaintiffs have requested that they be allowed to participate in Electronic Court Filing (ECF).  Plaintiffs shall file within two weeks of this Order a declaration stating that they have reviewed General Order 45 and the requirements for e-filing (available on the Court's website at www.cand.uscourts.gov) and that they are able to comply with all the requirements for e-filing.  Failure to file the declaration will result in denial of the request.

    IT IS SO ORDERED.


Dated 6/23/2010                     *Claudia Wilken*
                                           CLAUDIA WILKEN
                                           United States District Judge